JAMES H. F. GAM *vs.* KATIE CAIN and JOSEPH H. CAIN.

New Castle County, February Term, 1896.

**Lost Record.**—Under special circumstances, a verified copy of a lost inventory and appraisment may be substituted for the original.

This was an application for leave to have a verified copy substituted by the sheriff for a lost inventory and appraisement.

*P. L. Cooper, Jr.,* for the plaintiff, filed an affidavit in the above stated case, made by himself and the plaintiff, stating that the said plaintiff had recovered judgment against the defendant on

which a *fi. fa.* had been issued at the May Term, 1893, and levy made; that a *vend. exp.* was ordered prior to this Court and returned with the execution by the Sheriff, with the endorsement, "Stayed by plaintiff until further order," when the *fi. fa.* and inventory attached to it were discovered to have been lost. That he (Mr. Cooper) had made a copy of the inventory and appraisement, said copy being attached to his affidavit, and asked that the inventory and appraisement might be substituted for the one lost, and a new writ of *fi. fa.* substituted for the one lost.

PER CURIAM. It appearing satisfactorily to us that this is an exact copy of the lost inventory and appraisement, we make the order asked for; but do not wish this to be considered as a precedent.